# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **9:15-PO-5184-JCL** |
| | CVB Violation No: |
| Plaintiff, | FBGA000C, FBGA000D |
| vs. | |
| | **ORDER DISMISSING** |
| RONNY D. CALDWELL, | **AND QUASING** |
| | **WARRANTS** |
| Defendant. | |

_____

The government has moved to dismiss the above referenced violation notices as they have been advised that defendant is deceased. Accordingly,

**IT IS ORDERED** that violation notices FBGA000C, FBGA000D are **DISMISSED** and the warrants are **QUASHED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office and to the Central Violations Bureau. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this   6th   day of March, 2018.

                                              /s/ Jeremiah C Lynch
                                              Jeremiah C Lynch
                                              United States Magistrate Judge

c:      USA
         CVB